# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DONNA M. STAHL,<br><br>        *Plaintiff,*<br>v.<br><br>EXTENET SYSTEMS, INC. AND GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>        *Defendants.* | CIVIL ACTION NO. 1:20-cv-00557-JL |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to this action, through their respective attorneys, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff's action, and all claims as asserted herein by plaintiff against defendants, be and is hereby dismissed with prejudice, each party to bear costs and attorneys' fees other than the amounts to be paid pursuant to the parties' executed Settlement Agreement.  It is so stipulated.

Date:  May 7, 2021

Respectfully submitted,

**Donna M. Stahl**

By her attorneys,

/s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
Upton & Hatfield, LLP
159 Middle Street
Portsmouth, New Hampshire 03801
Tel: (603) 436-7046
Fax: (603) 369-4645
Email: rhilliard@uptonhatfield.com

                                        Stephen D. Rosenberg; *pro hac vice*
                                        Caroline M. Fiore; *pro hac vice*
                                        The Wagner Law Group, P.C.
                                        99 Summer Street, 13th Floor
                                        Boston, Massachusetts 02110
                                        Tel:  (617) 357-5200
                                        srosenberg@wagnerlawgroup.com
                                        cfiore@wagnerlawgroup.com

Date:   May 7, 2021                         **Extenet Systems, Inc.,**

                                          By its Attorneys,

                                        /s/ Kevin J. DeJong
                                        Kevin J. DeJong; NHBA #17633
                                        James O'Fleckner; *pro hac vice*
                                        Goodwin Proctor, LLP
                                        100 Northern Avenue
                                        Boston, MA 02110
                                        (617) 570-1000
                                        kdejong@goodwinlaw.com
                                        jfleckner@goodwinlaw.com

Date:   May 7, 2021                          **Guardian Life Insurance Company**
                                          **of America,**

                                          By its Attorneys,

                                        /s/ Danielle Andrews Long
                                        Danielle Andrews Long; NHBA #20447
                                        Jean E. Tomasco; *pro hac vice*
                                        Robinson & Cole, LLP
                                        One Boston Place; 25th Floor
                                        Boston, MA 02108
                                        (617) 557-5936
                                        dlong@rc.com
                                        jtomasco@rc.com