UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Donna M. Stahl

    v.

Extenet Systems, Inc., et al.

Case No. 20-cv-557-JL

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated February 10, 2021, and the stipulation of the parties dated May 7, 2021.

By the Court:

Daniel J. Lynch
Clerk of Court

Date: May 10, 2021

cc:   Brooke Lois Lovett Shilo, Esq.
      Caroline M. Fiore, Esq.
      Stephen D. Rosenberg, Esq.
      Russell F. Hilliard, Esq.
      James Fleckner, Esq.
      Kevin DeJong, Esq.
      Jean E. Tomasco, Esq.
      Danielle Andrews Long, Esq.